**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-02289-CAD |
| | § | |
| BETTY FUNCHES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 01/10/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/12/2011

By: /s/ David P. Leibowitz
(Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-02289-CAD |
| | § | |
| BETTY FUNCHES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $2,239.91 |
| *and approved disbursements of* | $14.51 |
| *leaving a balance on hand of*[1]*:* | $2,225.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | $18,143.70 | $0.00 | $0.00 | $0.00 |
| 21 | Harris Bank, NA | $35,000.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $2,225.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $559.98 | $0.00 | $559.98 |
| David Leibowitz, Trustee Expenses | $30.24 | $0.00 | $30.24 |

Total to be paid for chapter 7 administrative expenses: $590.22
Remaining balance: $1,635.18

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,635.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,497.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | CITY OF CHICAGO - DEPT OF REVENUE | $1,497.19 | $0.00 | $1,497.19 |

Total to be paid to priority claims: $1,497.19
Remaining balance: $137.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $68,240.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | TARGET NATIONAL BANK | $1,877.87 | $0.00 | $3.80 |
| 3 | Capital One Bank (USA), N.A. | $785.38 | $0.00 | $1.59 |
| 4 | Capital One Bank (USA), N.A. | $1,042.77 | $0.00 | $2.11 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank | $6,786.80 | $0.00 | $13.72 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank | $5,663.46 | $0.00 | $11.45 |

| | | | | |
|---|---|---|---|---|
| 7 | Dell Financial Services L.L.C. | $3,061.23 | $0.00 | $6.19 |
| 8 | Chase Bank USA, N.A. | $10,579.17 | $0.00 | $21.39 |
| 9 | Chase Bank USA, N.A. | $3,863.79 | $0.00 | $7.81 |
| 10 | American Infosource Lp As Agent for | $1,466.84 | $0.00 | $2.97 |
| 11 | Credit First NA | $586.79 | $0.00 | $1.19 |
| 12 | American Infosource Lp As Agent for/Chadwicks | $350.51 | $0.00 | $0.71 |
| 13 | American Infosource Lp As Agent for Citibank (South Dakota) N.A. | $2,261.18 | $0.00 | $4.57 |
| 14 | PYOD LLC its successors and assigns as assignee of Citibank | $612.13 | $0.00 | $1.24 |
| 15 | PYOD LLC its successors and assigns as assignee of Citibank | $1,676.58 | $0.00 | $3.39 |
| 16 | PYOD LLC its successors and assigns as assignee of Citibank | $1,788.46 | $0.00 | $3.62 |
| 17 | American Express Centurion Bank | $164.54 | $0.00 | $0.33 |
| 18 | Chase Bank USA, N.A. | $819.43 | $0.00 | $1.66 |
| 19 | OPHRYS | $902.21 | $0.00 | $1.82 |
| 20 | OPHRYS | $335.74 | $0.00 | $0.68 |
| 21 | Harris Bank, NA | $19,083.41 | $0.00 | $38.59 |
| 23 | Fia Card Services, NA/Bank of America | $1,737.75 | $0.00 | $3.51 |
| 24 | HSBC Bank Nevada, N.A. | $540.39 | $0.00 | $1.09 |
| 25 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $350.86 | $0.00 | $0.71 |
| 26 | GE Money Bank dba OLD NAVY | $725.56 | $0.00 | $1.47 |
| 27 | GE Money Bank dba LENSCRAFTERS/GEMB | $442.10 | $0.00 | $0.89 |
| 28 | GE Money Bank dba WALMART | $735.48 | $0.00 | $1.49 |

Total to be paid to timely general unsecured claims: $137.99
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---:|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---:|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Betty Funches
Debtor

Case No. 10-02289-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: mjerdine Page 1 of 3 Date Rcvd: Dec 13, 2011
Form ID: pdf006 Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2011.

db Betty Funches, 3728 W. 21st Street, #103, Matteson, IL 60443
14989938 Adt Security Services, C/o National Action Fin. Svcs., 165 Lawrence Bell Dr., Ste. 100, Buffalo, NY 14221-7900
14989939 +Aegis Receivables Management Inc., P.O. Box 165809, Irving, TX 75016-5809
14989940 +Allied Interstate, 3000 corporate Exchange Dr., 5th Floor, Columbus, OH 43231-7723
14989941 American Air/CBSD, P.O. Box 6497, Sioux Falls, SD 57117-6497
15360074 American Express Centurion Bank, Becket and Lee LLP, Attorneys/Agent for Creditor, POB 3001, Malvern, PA 19355-0701
14989942 American Express Centurion Bank, c/o Becket and Lee LLP, P.O. Box 3001, Malvern PA 19355-0701
17542547 American InfoSource LP as agent for Citibank N.A., PO Box 248840, Oklahoma City, OK 73124-8840
14989943 Associated Recovery Systems, P.O. Box 469046, Escondido, CA 92046-9046
14989944 Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019
14989945 Barclaycard, P.O. Box 13337, Philadelphia, PA 19101-3337
14989946 Barclays Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337
14989947 Best Buy - Retail Services, P.O. Box 17298, Baltimore, MD 21297-1298
15486501 +CITY OF CHICAGO - DEPT OF REVENUE, C/O TALAN & KTSANES, 300 W ADAMS - SUITE 840, CHICAGO IL 60606-5109
14989948 Capital One Bank, P.O. Box 6492, Carol Stream, IL 60197-6492
15208174 Capital One Bank (USA), N.A., by American Infosource Lp As Agent, PO Box 248839, Oklahoma City, OK 73124-8839
14989949 Carson Pirie Scott, Retail Services, P.O. Box 17264, Baltimore, MD 21297-1264
14989950 Chadwick’s, P.O. Box 182746, Columbus, OH 43218-2746
14989951 Chase, PO Box 15153, Wilmington, DE 19886-5153
15256378 Chase Bank USA, N.A., PO Box 15145, Wilmington, DE 19850-5145
14989952 Citi Cards, P.O. Box 688901, Des Moines, IA 50368-8901
14989953 City of Chicago, 8212 Innovation Way, Chicago, IL 60682-0082
14989954 +City of Chicago Streets and Sanit., 121 North La Salle Street, Chicago, IL 60602-1202
15272056 +Credit First NA, P O Box 818011, Cleveland OH 44181-8011
14989955 ++DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577
(address filed with court: Dell Preferred Account, Payment Processing Center, P.O. Box 6403, Carol Stream, IL 60197-6403)
14989956 +Department of Revenue Cost Recovey, City Hall Room 107A, 121 N. LaSalle St., Chicago, IL 60602-1202
14989957 Exxon Mobil, Processing Center, Des Moines, IA 50361-0001
14989958 Firestone, Credit First, N.A., P.O. Box 81083, Cleveland, OH 44181-0083
14989959 Ford Motor Credit Company, One The American R, Mail Drop 7340, Dearborn, MI 48121
15056945 +Ford Motor Credit Company LLC, P O Box 6275, Dearborn, MI 48121-6275
14989967 +HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253
15628171 +HSBC Bank Nevada, N.A., (Filene’s Basement/ Value City), Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite 200, Tucson, AZ 85712-1083
14989968 HSBC Card Services, P.O. Box 17051, Baltimore, MD 21297-1051
14989969 HSBC Retail Services- Value City, P.O. Box 17298, Baltimore, MD 21297-1298
14989964 +Harris Bank, NA, Mark T. Hamilton, Curchill, Quinn, Richtman &, Hamilton, Ltd, P O Box 284, Grayslake,IL 60030-0284
14989965 Home Depot Credit Services, Processing Center, Des Moines, IA 50364-0500
14989966 Household Finance, P.O. Box 17574, Baltimore, MD 21297-1574
14989970 Kohls/Chase, N56 W 17000 Ridgewood Dr, Deerfield, IL 60015
14989971 #Law Offices of Talan & Ktsanes, 300 W. Adams St., Ste. 840, Chicago, IL 60606-5109
14989972 +Litton Loan, 4828 Loop Central Dr., Houston, TX 77081-2166
15048555 Litton Loan Servicing, LP, P.O. Box 829009, Dallas, TX 75382-9009
14989973 +Mark Hamilton, 2 South Whitney Street, Grayslake, IL 60030-1548
14989974 +Northland Group, Inc., P.O. Box 390905, Edina, MN 55439-0905
15364967 +OPHRYS, C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132
14989975 #+Pentagroup Financial, LLC, 3065 Union Road, Orchard Park, NY 14127-1214
14989976 Sears Credit Cards, P.O. Box 183081, Columbus, OH 43218-3081
15195507 +TARGET NATIONAL BANK, C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132
14989977 +Target National Bank, P.O. Box 673, Minneapolis, MN 55440-0673
14989979 WFNNB - The RoomPlace, P.O. Box 2974, Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

15330632 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2011 05:06:10
American Infosource Lp As Agent for, Citibank (South Dakota) N.A., PO Box 248840, Oklahoma City, OK 73124-8840
15285179 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2011 05:16:02
American Infosource Lp As Agent for, World Financial Network National Bank As, Chadwicks, PO Box 248872, Oklahoma City, OK 73124-8872
15264339 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2011 05:16:02
American Infosource Lp As Agent for, World Financial Network National Bank, Assignee, Harlem Furniture, PO Box 248872, Oklahoma City, OK 73124-8872

District/off: 0752-1 User: mjerdine Page 2 of 3 Date Rcvd: Dec 13, 2011
Form ID: pdf006 Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

15237842 E-mail/Text: resurgentbknotifications@resurgent.com Dec 14 2011 04:01:30
Dell Financial Services L.L.C., c/o Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390

15600315 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2011 05:06:10
Fia Card Services, NA/Bank of America, by American Infosource Lp As Its Agent, PO Box 248809, Oklahoma City, OK 73124-8809

14989960 E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2011 05:08:36 GE Money Bank, P.O. Box 960061, Orlando, FL 32896-0061

15631483 +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2011 05:08:37
GE Money Bank dba JCPENNEY CREDIT SERVICES, Care of Recovery Management Systems Corp, 25 SE 2nd Ave Ste 1120, Miami FL 33131-1605

15631547 +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2011 05:08:37 GE Money Bank dba LENSCRAFTERS/GEMB, Care of Recovery Management Systems Corp, 25 SE 2nd Ave Ste 1120, Miami FL 33131-1605

15631546 +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2011 05:08:37 GE Money Bank dba OLD NAVY, Care of Recovery Management Systems Corp, 25 SE 2nd Ave Ste 1120, Miami FL 33131-1605

15631548 +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2011 05:08:37 GE Money Bank dba WALMART, Care of Recovery Management Systems Corp, 25 SE 2nd Ave Ste 1120, Miami FL 33131-1605

14989961 +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2011 05:08:37 GEMB - JC Penney, P.O. Box 981402, El Paso, TX 79998-1402

14989962 E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2011 05:08:37 GEMB - Old Navy, P.O. Box 981400, El Paso, TX 79998-1400

14989963 E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2011 05:08:37 GEMB - Walmart, P.O. Box 981400, El Paso, TX 79998-1400

15364967 +E-mail/Text: bncmail@w-legal.com Dec 14 2011 05:19:08 OPHRYS, C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132

15237217 +E-mail/Text: resurgentbknotifications@resurgent.com Dec 14 2011 04:01:30
PYOD LLC its successors and assigns as assignee of, Citibank, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008

15195507 +E-mail/Text: bncmail@w-legal.com Dec 14 2011 05:19:06 TARGET NATIONAL BANK, C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132

14989978 +E-mail/PDF: bankruptcyverizonwireless@afninet.com Dec 14 2011 05:06:30 Verizon Wireless, 777 Big Timber Road, Elgin, IL 60123-1401

TOTAL: 17

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

aty Lakelaw

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2011** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2011 at the address(es) listed below:

David P Leibowitz dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
David P Leibowitz on behalf of Trustee David Leibowitz dleibowitz@lakelaw.com, czuniga@lakelaw.com;jhennard@lakelaw.com;ECF@lakelaw.com
Mark Van Donselaar on behalf of Creditor Harris, N.A. mvandonselaar@grayslakelaw.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Stuart B Handelman on behalf of Debtor Betty Funches court@sbhpc.net, ksmith1903@yahoo.com, clerk@sbhpc.net

TOTAL: 5