UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 10-02289-CAD |
|---|---|---|
| | § | |
| BETTY FUNCHES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $120,729.00 | Assets Exempt: | $31,904.00 |
| Total Distributions to Claimants: | $1,635.18 | Claims Discharged Without Payment: | $78,567.55 |
| Total Expenses of Administration: | $604.73 | | |

3) Total gross receipts of $2,239.91 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,239.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $206,220.48 | $53,143.70 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $604.73 | $604.73 | $604.73 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $1,497.19 | $1,497.19 | $1,497.19 |
| General Unsecured Claims (from **Exhibit 7**) | $45,099.10 | $68,240.43 | $68,240.43 | $137.99 |
| **Total Disbursements** | $251,319.58 | $123,486.05 | $70,342.35 | $2,239.91 |

   4).  This case was originally filed under chapter 7 on 01/22/2010.  The case was pending for 27 months.

   5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 04/12/2012            By:   /s/ David P. Leibowitz
                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Federal and State Tax Refund | 1124-000 | $2,239.00 |
| Interest Earned | 1270-000 | $0.91 |
| **TOTAL GROSS RECEIPTS** | | **$2,239.91** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | $19,807.48 | $18,143.70 | $0.00 | $0.00 |
| 21a | Harris Bank, NA | 4110-000 | $48,000.00 | $35,000.00 | $0.00 | $0.00 |
|  | City of Chicago Streets and Sanit. | 4110-000 | $1,040.00 | NA | $0.00 | $0.00 |
|  | Household Finance | 4110-000 | $36,435.00 | NA | $0.00 | $0.00 |
|  | Litton Loan | 4110-000 | $100,938.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$206,220.48** | **$53,143.70** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $559.98 | $559.98 | $559.98 |
| David Leibowitz, Trustee | 2200-000 | NA | $30.24 | $30.24 | $30.24 |
| Green Bank | 2600-000 | NA | $14.51 | $14.51 | $14.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $604.73 | $604.73 | $604.73 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | CITY OF CHICAGO - DEPT OF REVENUE | 5800-000 | NA | $1,497.19 | $1,497.19 | $1,497.19 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,497.19 | $1,497.19 | $1,497.19 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | TARGET NATIONAL BANK | 7100-000 | $1,461.00 | $1,877.87 | $1,877.87 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 2; TARGET NATIONAL BANK) | 7100-001 | $0.00 | $0.00 | $0.00 | $3.80 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $695.85 | $785.38 | $785.38 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 3; Capital One Bank (USA), N.A.) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.59 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $459.28 | $1,042.77 | $1,042.77 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 4; Capital One Bank (USA), N.A.) | 7100-001 | $0.00 | $0.00 | $0.00 | $2.11 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | $5,768.69 | $6,786.80 | $6,786.80 | $13.72 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | $4,765.17 | $5,663.46 | $5,663.46 | $11.45 |
| 7 | Dell Financial Services L.L.C. | 7100-000 | $2,602.43 | $3,061.23 | $3,061.23 | $6.19 |
| 8 | Chase Bank USA, N.A. | 7100-000 | $9,112.18 | $10,579.17 | $10,579.17 | $21.39 |
| 9 | Chase Bank USA, N.A. | 7100-000 | $3,440.00 | $3,863.79 | $3,863.79 | $7.81 |
| 10 | American | 7100-000 | $1,164.70 | $1,466.84 | $1,466.84 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Infosource Lp As Agent for | | | | | |
| | Clerk, US Bankruptcy Court (Claim No. 10; American Infosource Lp As Agent for) | 7100-001 | $0.00 | $0.00 | $0.00 | $2.97 |
| 11 | Credit First NA | 7100-000 | NA | $586.79 | $586.79 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 11; Credit First NA) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.19 |
| 12 | American Infosource Lp As Agent for/Chadwicks | 7100-000 | $199.93 | $350.51 | $350.51 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 12; American Infosource Lp As Agent for/Chadwicks) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.71 |
| 13 | American Infosource Lp As Agent for Citibank (South Dakota) N.A. | 7100-000 | NA | $2,261.18 | $2,261.18 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 13; American Infosource Lp As Agent for Citibank (South Dakota) N.A.) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.57 |
| 14 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | NA | $612.13 | $612.13 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 14; PYOD LLC its successors and assigns as assignee of Citibank) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.24 |
| 15 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | NA | $1,676.58 | $1,676.58 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Clerk, US Bankruptcy Court (Claim No. 15; PYOD LLC its successors and assigns as assignee of Citibank) | 7100-001 | $0.00 | $0.00 | $0.00 | $3.39 |
| 16 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | NA | $1,788.46 | $1,788.46 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 16; PYOD LLC its successors and assigns as assignee of Citibank) | 7100-001 | $0.00 | $0.00 | $0.00 | $3.62 |
| 17 | American Express Centurion Bank | 7100-000 | $224.00 | $164.54 | $164.54 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 17; American Express Centurion Bank) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.33 |
| 18 | Chase Bank USA, N.A. | 7100-000 | $534.95 | $819.43 | $819.43 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 18; Chase Bank USA, N.A.) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.66 |
| 19 | OPHRYS | 7100-000 | $435.79 | $902.21 | $902.21 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 19; OPHRYS) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.82 |
| 20 | OPHRYS | 7100-000 | $163.13 | $335.74 | $335.74 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 20; OPHRYS) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.68 |
| 21 | Harris Bank, NA | 7100-000 | NA | $19,083.41 | $19,083.41 | $38.59 |
| 23 | Fia Card Services, NA/Bank of America | 7100-000 | $1,404.52 | $1,737.75 | $1,737.75 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 23; Fia Card Services, | 7100-001 | $0.00 | $0.00 | $0.00 | $3.51 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | NA/Bank of America) | | | | | |
| 24 | HSBC Bank Nevada, N.A. | 7100-000 | $694.92 | $540.39 | $540.39 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 24; HSBC Bank Nevada, N.A.) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.09 |
| 25 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | $241.17 | $350.86 | $350.86 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 25; GE Money Bank dba JCPENNEY CREDIT SERVICES) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.71 |
| 26 | GE Money Bank dba OLD NAVY | 7100-000 | $473.28 | $725.56 | $725.56 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 26; GE Money Bank dba OLD NAVY) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.47 |
| 27 | GE Money Bank dba LENSCRAFTERS/GEMB | 7100-000 | $245.00 | $442.10 | $442.10 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 27; GE Money Bank dba LENSCRAFTERS/GEMB) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.89 |
| 28 | GE Money Bank dba WALMART | 7100-000 | $548.00 | $735.48 | $735.48 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 28; GE Money Bank dba WALMART) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.49 |
| | Adt Security Services | 7100-000 | $831.02 | NA | NA | $0.00 |
| | American Air/CBSD | 7100-000 | $1,584.00 | NA | NA | $0.00 |
| | Best Buy - Retail Services | 7100-000 | $1,459.99 | NA | NA | $0.00 |
| | Carson Pirie Scott | 7100-000 | $372.27 | NA | NA | $0.00 |
| | Exxon Mobil | 7100-000 | $1,368.49 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| | Firestone | 7100-000 | $349.65 | NA | NA | $0.00 |
| | Home Depot Credit Services | 7100-000 | $1,313.28 | NA | NA | $0.00 |
| | HSBC Card Services | 7100-000 | $1,384.38 | NA | NA | $0.00 |
| | HSBC Retail Services- Value City | 7100-000 | $503.59 | NA | NA | $0.00 |
| | Kohls/Chase | 7100-000 | $865.08 | NA | NA | $0.00 |
| | Sears Credit Cards | 7100-000 | $369.17 | NA | NA | $0.00 |
| | Verizon Wireless | 7100-000 | $64.19 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $45,099.10 | $68,240.43 | $68,240.43 | $137.99 |

**FORM 1**

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-02289-CAD | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | FUNCHES, BETTY | | **Date Filed (f) or Converted (c):** | 01/22/2010 (f) |
| **For the Period Ending:** | 4/12/2012 | | **§341(a) Meeting Date:** | 02/23/2010 |
| | | | **Claims Bar Date:** | 05/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Residential Real Estate located at 3728 215th, S | $92,500.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2  Timeshare located at 8505, Memorial Highway, Kis | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3  Three undeveloped, Chicago IL | $35,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4  Bank of American, | $533.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5  Charter One, checking | $25.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7  Miscellaneous | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10  Clothing | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11  401(K) | $10,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12  Federal and State Tax Refund | $3,000.00 | $2,239.00 | DA | $2,239.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  2007 Ford Five Hundred SEL AWD Sedan, 35,000 mil | $9,875.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT  Interest Earned  (u) | Unknown | Unknown | DA | $0.91 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | | | |
|---|---|---|---|
| $152,633.00 | $3,739.00 | $2,239.91 | $0.00 |

**Major Activities affecting case closing:**
Tax Intercept. TFR in progress
Motion to abandon Real Property Filed on 07/14/20111 - TFR to follow up.
TFR Sent to Tom for approval on 11/22/2011.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 02/23/2011 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 02/23/2011 | DAVID LEIBOWITZ | |

Page No: 1
Case 10-02289    Doc 61    Filed 04/13/12    Entered 04/13/12 12:51:48    Desc Main
Document      Page 10 of 13
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-02289-CAD | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | FUNCHES, BETTY | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4657 | | | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 1/22/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,239.91 | | $2,239.91 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.70 | $2,239.21 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.14 | $2,236.07 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.60 | $2,232.47 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.71 | $2,228.76 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.36 | $2,225.40 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.47 | $2,221.93 |
| 12/02/2011 | | Green Bank | Reverse Bank Service Fee | 2600-000 | | ($3.47) | $2,225.40 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.59 | $2,221.81 |
| 01/04/2012 | | Green Bank | Reverse Bank Service Fee | 2600-000 | | ($3.59) | $2,225.40 |
| 01/12/2012 | 5001 | David Leibowitz | Trustee Expenses | 2200-000 | | $30.24 | $2,195.16 |
| 01/12/2012 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $559.98 | $1,635.18 |
| 01/12/2012 | 5003 | CITY OF CHICAGO - DEPT OF REVENUE | Claim #: 22; Amount Claimed: 1,497.19; Amount Allowed: 1,497.19; Distribution Dividend: 100.00; | 5800-000 | | $1,497.19 | $137.99 |
| 01/12/2012 | 5004 | Clerk, US Bankruptcy Court | Small Dividends | * | | $38.84 | $99.15 |
| | | | Claim Amount $(3.80) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(1.59) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(2.11) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(2.97) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(1.19) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(0.71) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(4.57) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(1.24) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(3.39) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(3.62) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(0.33) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(1.66) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(1.82) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(0.68) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(3.51) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(1.09) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(0.71) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(1.47) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(0.89) | 7100-001 | | | $99.15 |
| | | | Claim Amount $(1.49) | 7100-001 | | | $99.15 |
| 01/12/2012 | 5005 | PYOD LLC its successors and assigns as assignee of | Claim #: 5; Amount Claimed: 6,786.80; Amount Allowed: 6,786.80; Distribution Dividend: 0.20; | 7100-000 | | $13.72 | $85.43 |
| 01/12/2012 | 5006 | PYOD LLC its successors and assigns as assignee of | Claim #: 6; Amount Claimed: 5,663.46; Amount Allowed: 5,663.46; Distribution Dividend: 0.20; | 7100-000 | | $11.45 | $73.98 |
| | | | **SUBTOTALS** | | $2,239.91 | $2,165.93 | |

Page No: 2
Case 10-02289   Doc 61   Filed 04/13/12   Entered 04/13/12 12:51:48   Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 11 of 13
Exhibit 9

| Case No. | 10-02289-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FUNCHES, BETTY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4657 | | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/22/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/12/2012 | 5007 | Dell Financial Services L.L.C. | Claim #: 7; Amount Claimed: 3,061.23; Amount Allowed: 3,061.23; Distribution Dividend: 0.20; | 7100-000 | | $6.19 | $67.79 |
| 01/12/2012 | 5008 | Chase Bank USA, N.A. | Claim #: 8; Amount Claimed: 10,579.17; Amount Allowed: 10,579.17; Distribution Dividend: 0.20; | 7100-000 | | $21.39 | $46.40 |
| 01/12/2012 | 5009 | Chase Bank USA, N.A. | Claim #: 9; Amount Claimed: 3,863.79; Amount Allowed: 3,863.79; Distribution Dividend: 0.20; | 7100-000 | | $7.81 | $38.59 |
| 01/12/2012 | 5010 | Harris Bank, NA | Claim #: 21; Amount Claimed: 19,083.41; Amount Allowed: 19,083.41; Distribution Dividend: 0.20; | 7100-000 | | $38.59 | $0.00 |
| | | | **TOTALS:** | | $2,239.91 | $2,239.91 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,239.91 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,239.91 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,239.91 | |

| **For the period of 1/22/2010 to 4/12/2012** | | **For the entire history of the account between 06/29/2011 to 4/12/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,239.91 | Total Internal/Transfer Receipts: | $2,239.91 |
| | | | |
| Total Compensable Disbursements: | $2,239.91 | Total Compensable Disbursements: | $2,239.91 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,239.91 | Total Comp/Non Comp Disbursements: | $2,239.91 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-02289-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FUNCHES, BETTY | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4657 | Money Market Acct #: | ******2289 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/22/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/14/2010 | (12) | Betty Funches | Turnover of tax refund per court order entered on July 15, 2010 | 1129-000 | $1,000.00 | | $1,000.00 |
| 09/14/2010 | (12) | Betty Funches | | 1110-000 | $1,000.00 | | $2,000.00 |
| 09/14/2010 | (12) | Betty Funches | | 1110-000 | $239.00 | | $2,239.00 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.05 | | $2,239.05 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.10 | | $2,239.15 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.09 | | $2,239.24 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.10 | | $2,239.34 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.10 | | $2,239.44 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.09 | | $2,239.53 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.10 | | $2,239.63 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.09 | | $2,239.72 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.10 | | $2,239.82 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.09 | | $2,239.91 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,239.91 | $0.00 |
| | | | **TOTALS:** | | $2,239.91 | $2,239.91 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $2,239.91 | |
| | | | **Subtotal** | | $2,239.91 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,239.91 | $0.00 | |

| For the period of 1/22/2010 to 4/12/2012 | | For the entire history of the account between 09/14/2010 to 4/12/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,239.91 | Total Compensable Receipts: | $2,239.91 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,239.91 | Total Comp/Non Comp Receipts: | $2,239.91 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,239.91 | Total Internal/Transfer Disbursements: | $2,239.91 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-02289-CAD | |
| **Case Name:** | FUNCHES, BETTY | |
| **Primary Taxpayer ID #:** | ******4657 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/22/2010 | |
| **For Period Ending:** | 4/12/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******2289 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,239.91 | $2,239.91 | $0.00 |

**For the period of 1/22/2010 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,239.91 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,239.91 |
| Total Internal/Transfer Receipts: | $2,239.91 |
| | |
| Total Compensable Disbursements: | $2,239.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,239.91 |
| Total Internal/Transfer Disbursements: | $2,239.91 |

**For the entire history of the case between 01/22/2010 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,239.91 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,239.91 |
| Total Internal/Transfer Receipts: | $2,239.91 |
| | |
| Total Compensable Disbursements: | $2,239.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,239.91 |
| Total Internal/Transfer Disbursements: | $2,239.91 |